In the Matter of the Arbitration of Certain Differences between NORb HOLDING CORP., Respondent, and LOUIS P. ANZIANO, Appellant.— Order of the County Court, Nassau County, confirming the award of arbitrators and denying appellant's motion to vacate said award, and the judgment entered pursuant thereto, unanimously affirmed, with costs. The award only passed upon the condition of the roofs as of the date of the award. The appellant's right to claim damages for any future defects arising during the lifetime of the guaranty is not affected by this proceeding. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.